IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CRYSTAL MENDOZA,              )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:22cv477-MHT
                              )          (WO)
QCHC, INC., et al.,           )
                              )
     Defendants.              )
```

**JUDGMENT**

Plaintiff having consented to the dismissal of defendants Derrick Cunningham and Sonja Pritchett (Doc. 16), it is ORDERED, ADJUDGED, and DECREED that all claims against defendants Cunningham and Pritchett are dismissed with prejudice as to them, and said defendants are terminated as parties to this action.

It is further ORDERED that the motion to dismiss (Doc. 12) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and remains pending against all other defendants.

DONE, this the 6th day of October, 2022.

                                  /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**