IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CRYSTAL MENDOZA,              )
                              )
     Plaintiff,               )
                              )   CIVIL ACTION NO.
     v.                       )     2:22cv477-MHT
                              )          (WO)
QCHC, INC., et al.,           )
                              )
     Defendants.              )
```

**JUDGMENT**

Because plaintiff does not oppose the motion to dismiss, *see* Plaintiff's Response to Motion to Dismiss (Doc. 40), it is ORDERED, ADJUDGED, and DECREED that:

(1) The motion to dismiss (Doc. 30) filed by defendants Johnny Bates, M.D., Jerry Gurley, M.D., and Donald Kern, M.D. is granted.

(2) Plaintiff's claims against said defendants are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(5) for failure to serve these defendants with the complaint, and they are terminated as parties to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 19th day of October, 2023.

                                                /s/ Myron H. Thompson
                                                UNITED STATES DISTRICT JUDGE